SEDGWICK LLP
Karen Woodward (State Bar No. 205543)
Christopher P. Norton (State Bar No. 234621)
801 S. Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
karen.woodward@sedgwicklaw.com
christopher.norton@sedgwicklaw.com
Telephone:   (213) 426-6900
Facsimile:   (213) 426-6921

Attorneys for Defendant
XANODYNE PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KEENE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>Defendants. | CASE NO. 3:12-cv-05924 JSW<br><br>Assigned to the Hon. Jeffrey S. White<br><br>**STIPULATION TO STAY MOTION FOR JUDGMENT ON THE PLEADINGS PENDING OUTCOME OF MOTION TO REMAND; [PROPOSED] ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Xanodyne Pharmaceuticals, Inc. ("Xanodyne") and plaintiffs hereby agree and stipulate to STAY Xanodyne's Motion for Partial Judgment on the Pleadings as follows:

Plaintiffs' action was removed by Defendants Teva Pharmaceuticals, Inc. to the United States District Court for the Northern District of California on November 20, 2012.

On December 17, 2012, Xanodyne filed a Motion for Judgment on the Pleadings based on lack of personal jurisdiction. Plaintiffs' opposition to that motion was due December 31, 2012. The hearing on that motion is set for March 8, 2013.

Plaintiffs will file a Motion to Remand on or before January 3, 2013.

In order to promote the efficiency for the Court and the parties, Xanodyne and plaintiffs have agreed to stay Xanodyne's Motion for Judgment on the Pleadings pending the outcome of

1 the Motion to Remand.

2 ON THESE BASES, plaintiffs and Xanodyne agree that:

3 Xanodyne's Motion for Judgment on the Pleadings is stayed pending the outcome of the

4 Motion to Remand;

5 **IT IS SO STIPULATED.**

6 DATED: January 2, 2013     SEDGWICK LLP

7     By:    /s/ Christopher P. Norton
        KAREN WOODWARD
8         CHRISTOPHER P. NORTON
        Attorneys for Defendant
9         Xanodyne Pharmaceuticals, Inc.

11 DATED: January 2, 2013     SALKOW LAW, APC

13     By:    /s/ Richard Salkow
        RICHARD SALKOW
        Attorneys for Plaintiffs

The Court deems Xanodyne's motion for judgment on the pleadings as withdrawn. If the Court denies Plaintiffs' motion to remand, Xanodyne may re-file its motion.

~~PURSUANT TO STIPULATION,~~

**IT IS SO ORDERED.**

This __4th__ day of __January__, 2013.

_/s/ Jeffrey S. White_
The Honorable Jeffrey S. White
United States District Judge

LA/2157793v1     -2-     3:12-cv-05924 JSW

**Stipulation To Stay Motion For Judgment On The Pleadings Pending Outcome Of Motion To Remand; [~~proposed~~] Order**