GREENBERG TRAURIG, LLP
Ginger Pigott (SBN 162908)
Amy B. Alderfer (SBN 205482)
Email: pigottg@gtlaw.com; alderfera@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700; Fax: (310) 586-7800

GREENBERG TRAURIG, LLP
Lori G. Cohen (Pro hac vice application to be filed)
Terminus 200, 3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
Telephone (678) 553-2100
Facsimile: (678) 553-2212
Email: cohenl@gtlaw.com

José A. Isasi, II (Pro hac vice application to be filed)
77 W. Wacker Dr., Suite 3100
Chicago, IL 60091
Telephone: (312) 456-8400
Facsimile: (312) 899-0362
Email: isasij@gtlaw.com

*Attorneys for Defendant, Teva Pharmaceuticals USA, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY KEENE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. 3:12-cv-05924-JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND STAY ALL RULE 26 OBLIGATIONS RELATED THERETO**<br><br><br>Judge: Hon. Jeffrey S. White<br>Date Filed: November 18, 2011<br>Date Removed: November 20, 2012<br>Trial Date: None Set |

1

[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE
MANAGEMENT CONFERENCE AND STAY ALL RULE 26 OBLIGATIONS RELATED
THERETO

ATL18973803

This matter comes before the Court upon the parties Joint Stipulation To Continue Case Management Conference And Stay All Rule 26 Deadlines Related Thereto. Upon careful scrutiny, and for good cause shown, the Court finds the request well taken and grants the request to continue the Case Management Conference and stay all related Rule 26 obligations.

Accordingly, it is hereby **ORDERED** that:

1. The Case Management Conference, originally set for hearing on February 22, 2013, shall be continued to April 19, 2013.

2. All Rule 26 obligations shall be continued in relation to the new Case Management Conference date per the Federal Rules of Civil Procedure and Local Rules.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

**DATED: February 4, 2013**

_____
Honorable Jeffrey S. White
Judge of the United States District Court

2

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND STAY ALL RULE 26 OBLIGATIONS RELATED THERETO

ATL18973803