1  GREENBERG TRAURIG, LLP
   Ginger Pigott (SBN 162908)
2  Karin Bohmholdt (SBN 234929)
   E-mail: pigottg@gtlaw.com; bohmholdtk@gtlaw.com
3  1840 Century Park East, Suite 1900
   Los Angeles, CA 90067
4  Telephone: (310) 586-7700; Fax: (310) 586-7800

5

6  Attorneys for Defendant Teva Pharmaceuticals, USA, Inc.

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 MARY KEENE, *et al*,                       CASE NO. 3:12-CV-05924-JST

12         Plaintiffs,                        [PROPOSED] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

13 v.

14 MCKESSON CORPORATION, *et al*,             JUDGE: Hon. Jon S. Tigar

15         Defendants.

1

[PROPOSED] ORDER CONTINUING CMC
Case No. 3:12-CV-05924-JST

ATL 20537087v1

1    Based on the Stipulation to Continue the Case Management Conference submitted by the parties,
2    and good cause appearing, the Court hereby orders that:

3      1. The April 8, 2015 Case Management Conference is vacated.

4      2. The Case Management Conference is continued to July 8, 2015, at 2:00 p.m. The parties shall file a Joint Case Management Conference Statement at least ~~seven~~ ten court days before the conference.

**SO ORDERED**

DATED: March 25, 2015                    _____
                                          The Honorable Jon S. Tigar

2

[~~PROPOSED~~] ORDER CONTINUING CMC
Case No. 3:12-CV-05924-JST

ATL 20537087v1