UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CAROLE REICHEL, et al., | Case No. 12-cv-05945-RS |
|---|---|
| Plaintiffs, | |
| v. | **ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| MCKESSON CORPORATION, et al., | |
| Defendants. | Re: 12-cv-05924-JST |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Keene v. McKesson Corporation*, 12-cv-5924-JST.

**IT IS SO ORDERED.**

Dated: July 9, 2015

RICHARD SEEBORG
United States District Judge