1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                         OAKLAND DIVISION
9
10   JAMES STEPHENS, et al.,                Case No:  C 13-4406 SBA
11              Plaintiffs,                 **ORDER OF REFERRAL TO**
                                            **DETERMINE WHETHER CASES**
12        vs.                               **ARE RELATED**
13   MCKESSON CORPORATION, et al.,
14              Defendants.
15
16
17        Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable

18   Jon Tigar to consider whether it is related to <u>Keene v. McKesson Corp., et al.</u>, Case No.

19   C 12-5924 JST.  The affected parties shall file any response in opposition to or support of

20   relating the cases within four (4) days of the date this Order is filed.  <u>See</u> Civ. L.R. 3-12(c).

21        IT IS SO ORDERED.

22   Dated:  7/9/15

23                                          SAUNDRA BROWN ARMSTRONG
                                            United States District Judge
24
25
26
27
28