1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   **HARRY D. WITTHAUER, ET AL.,**          Case No.  12-cv-05937-YGR

         Plaintiffs,

8

         v.                                  **SUA SPONTE JUDICIAL REFERRAL FOR**
9                                            **PURPOSES OF DETERMINING RELATIONSHIP**
                                             **OF CASES**
10  **MCKESSON CORPORATION, ET AL.,**

         Defendants.
11

12

13       Pursuant to Civil Local Rule 3-12(c), the undersigned **ORDERS** that the above-captioned

14  case is referred to Judge Jon S. Tigar to consider whether it is related to the following:

15       *Keene v. McKesson Corp., et al.*, Case No. 3:12-cv-05924-JST.

16       **IT IS SO ORDERED.**

17  Dated: July 9, 2015

18                                           _____
                                             **YVONNE GONZALEZ ROGERS**
19                                           **UNITED STATES DISTRICT COURT JUDGE**

20  cc: Judge Jon S. Tigar

21

22

23

24

25

26

27

28

United States District Court
Northern District of California